**Joun Ho YOUN, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–71695.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2007 *.

Filed June 8, 2007.

Kathy M. Kim, Esq., Attorney at Law A Law Corporation, Honolulu, HI, for Petitioner.

District Counsel, Office of the District Counsel, Department of Homeland Security, Honolulu, HI, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Terri J. Scadron, Esq., Siu P. Wong, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: THOMPSON, BERZON, and TALLMAN, Circuit Judges.

MEMORANDUM **

Petitioner Joun Ho Youn, a native and citizen of South Korea, petitions for review of the Board of Immigration Appeals' decision adopting and affirming the Immigration Judge's denial of his request for a continuance pending his application to adjust his status based on his marriage to a U.S. citizen. We have jurisdiction under 8 U.S.C. § 1252.

Having found no abuse of discretion in reviewing the Immigration Judge's denial of Youn's request for a continuance, *see Baires v. INS*, 856 F.2d 89, 91 (9th Cir. 1988), nor any resulting prejudice from that denial, *see Jacinto v. INS*, 208 F.3d 725, 728 (9th Cir.2000); *Baires*, 856 F.2d at 91, we deny Youn's petition for review.

PETITION FOR REVIEW DENIED.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

